■ FRANK G. BACK, Doing Business under the Name of RESEARCH & DEVELOPMENT LABORATORY, Appellant, v. LEONARD E. BERGSTEIN, Respondent.— Motion by respondent for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ LOUIS K. BRAUNSTON et al., Appellants-Respondents, v. ANCHORAGE WOODS, INC., et al., Respondents-Appellants, et al., Defendants.— Motion by plaintiffs (appellants-respondents) to dispense with the printing of 12 photographs constituting Exhibits A through L inclusive, granted on condition that a copy of said exhibits be served upon defendants' (respondents-appellants') attorney either before or together with the printed record on appeal. The original exhibits shall be submitted to the court upon the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ (A) THOMAS J. BRENNAN, Appellant, v. BRONIA SOIHETMAN, Respondent. (B) JOSEPH J. CANZONERI, Respondent, v. HOTEL WALDORF-ASTORIA CORP., Defendant-Appellant and Third-Party Plaintiff. ANTHONY POLLIO, Individually and Doing Business as ANDY'S TRUCKING Co., Third-Party Defendant. (C) SARAH LA SCALA et al., Respondents, v. H. C. BOHACK Co., INC., Appellant. (D) CHARLES O. MAXWELL et al., Respondents, v. MARLINK PROPERTIES CORP., Appellant.— [In each action] Motion by respondent[s] to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before March 1, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ MICHAEL DE FILLIPO, Appellant, v. CARLO BIANCHI & Co., INC., Respondent.— Motion by respondent to dismiss appeal granted, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ DI CESARE & MONACO CONSTRUCTION CORP., Respondent, v. CROWN HEIGHTS HOSPITAL, INC., et al., Appellants.— Motion by respondent to dismiss appeal from order of the Supreme Court, Kings County, entered March 29, 1960, denying defendants' motion to dismiss the action for lack of prosecution. Motion granted, with $10 costs; appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ (A) JOSEPH W. ERLWEIN, Appellant, v. WILLIAM H. CANTEY et al., Defendants, and VERA WALLS et al., Respondents. (B) HERMAN ESSNER, Respondent, v. PAULMOE STATIONERY STORES, INC., et al., Respondents, and STATELY BUILDERS, INC., et al., Appellants. (C) WARREN NARDIN et al., Doing Business as NARDIN and RADOCZY, Respondents, v. M. MAL DEITCH, Appellant, et al., Defendants.— [In each action] Motion by appellant for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ GERTRUDE GOTTLIEB, Appellant, v. AMERICAN AIRLINES, INC., et al., Respondents.— Motion by the American Mutual Insurance Alliance for permission to join in the brief as amicus curiæ of the Association of Casualty and Surety Companies, granted. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.